AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MELTON, Howell W. | U.S.D.C., Middle Florida | 07/14/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Judge Senior Status | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Suite 11-300 John Milton Bryan Simpson U.S. Courthouse 300 North Hogan Street Jacksonville, Florida 32202-4243 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Flagler College, St. Augustine, Florida |
| 2. Member | Advisory Q-Board, Flagler Health Care Foundation, non-profit corp. (Flagler Hospital, non-profit corp.) *1 |
| 3. Director | Historical Society of the United States District Court for the Middle District of Florida (non-profit corp.) |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Melton, Howell W.

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 07/14/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | State of Florida, Dept. of Management Services, Division of Retirement | $30,350.88 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 07/14/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wachovia Corp. IRA Acct. (CD) | A | Interest | J | T | | | | | |
| 2. Wachovia Corp. IRA Acct. (CD) | A | Interest | J | T | | | | | |
| 3. Alliance Bernstein Balanced SHS Inc. (Mutual Fund) | A | Dividend | K | T | | | | | |
| 4. Alliance Bernstein Growth & Income Fund (Mutual Fund) | A | Dividend | L | T | | | | | |
| 5. Nuveen Ins. Mun. Opportunity Fd., Inc. | C | Interest | K | T | | | | | |
| 6. Nuveen Ins. Mun. Opportunity Fd. Inc. | B | Interest | K | T | | | | | |
| 7. Walt Disney Co. common stock | A | Dividend | K | T | | | | | |
| 8. Wells Fargo Funds TR Advantage Mu. Bd Fd Cl A *2 | A | Int./Div. | K | T | | | | | |
| 9. Vanguard Index Trust-500 Portfolio (Mutual Fund) | A | Dividend | L | T | | | | | |
| 10. Vanguard Equity Income Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 11. Vanguard Total Stock Market Portfolio (Mutual Fund) | A | Dividend | K | T | | | | | |
| 12. Nuveen Ins. Mun. Opportunity Fd., Inc. | B | Interest | K | T | | | | | |
| 13. Wells Fargo & Co. (Wachovia Corp.) account | A | Interest | K | T | | | | | |
| 14. Wachovia Corp. account | A | Interest | J | T | | | | | |
| 15. Ford Motor Co. common stock | | None | J | T | | | | | |
| 16. AT&T Inc. common stock | B | Dividend | K | T | | | | | |
| 17. Vodaphone Grp PLC com.stk. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 07/14/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Verizon Comm'ns Com. com. stock | A | Dividend | J | T | | | | | |
| 19. DuPont E.I. DeNemours & Co. pfd. stock $4.50 | A | Dividend | K | T | | | | | |
| 20. Exxon Mobil Corp. common stock | B | Dividend | L | T | | | | | |
| 21. Macy's Inc common stock | A | Dividend | J | T | | | | | |
| 22. Wells Fargo & Co. common stock | A | Dividend | K | T | | | | | |
| 23. Wells Fargo Funds TR Advantage Mu Bd Fd Cl A *2 | A | Int./Div. | K | T | | | | | |
| 24. Mass. Invs. TR CL A Fund | A | Dividend | J | T | | | | | |
| 25. Qwest Comm. International Inc. common stock | A | Dividend | J | T | | | | | |
| 26. AIM Growth Ser Investco VanKampen US Mort Fd. Cl A *3 | A | Dividend | K | T | | | | | |
| 27. Home Depot, Inc. common stock | A | Dividend | K | T | | | | | |
| 28. Putnam Vista Fund, Inc. (Mutual Fund) *4 | | None | | | Merged (with line 38) | 09/27/10 | J | | |
| 29. Port Everglades Auth. Fla. Revenue Zero Bonds | A | Interest | | | Redeemed | 09/01/10 | J | | |
| 30. Merck & Co. Inc. ("New Merck") common stock | A | Dividend | J | T | | | | | |
| 31. Bank of America Corp. common stock | A | Dividend | K | T | | | | | |
| 32. Pfizer Corp. common stock | A | Dividend | J | T | | | | | |
| 33. Oracle Corp. common stock | A | Dividend | K | T | | | | | |
| 34. Wal-Mart Stores Inc. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 07/14/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Nuveen Senior Income Fund | A | Dividend | J | T | | | | | |
| 36. Comcast Corp. Class A common stock | A | Dividend | J | T | | | | | |
| 37. Vystar Credit Union CD | B | Interest | M | T | | | | | |
| 38. Putnam Multi-Cap Grth Fd Cl A (Mut Fd) f/k/a Put. New Opp *4 | | None | K | T | | | | | |
| 39. Vystar Credit Union CD | A | Interest | | | Redeemed | 04/13/10 | K | | |
| 40. Wachovia Corp CD | A | Interest | K | T | | | | | |
| 41. Monsanto Co. common stock | A | Dividend | J | T | | | | | |
| 42. Medco Health Solutions Inc. common stock | | None | J | T | | | | | |
| 43. Wachovia Corp. CD | A | Interest | K | T | | | | | |
| 44. Wachovia Corp. CD | A | Interest | K | T | | | | | |
| 45. Putnam State Bank CD | A | Interest | K | T | | | | | |
| 46. Putnam State Bank CD | A | Interest | K | T | | | | | |
| 47. Vystar Credit Union CD | D | Interest | N | T | | | | | |
| 48. Wachovia Corp CD | A | Interest | K | T | | | | | |
| 49. First Southern Bank f/k/a Haven Trust Bank CD *5 | D | Interest | N | T | | | | | |
| 50. Putnam State Bank CD | C | Interest | M | T | | | | | |
| 51. Putnam State Bank CD | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W. | 07/14/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*1 Previous Board of Trustee Members and Executive Officers of Flagler Hospital are invited to an annual meeting for an update on current hospital procedures and future plans. Role is to participate as much or as little as preferred in an advisory capacity. Basically, an honorary position.

*2 Evergreen Munic Bond Fund Cl A reported on lines 8 and 23 of 2009 FDR both were exchanged for Wells Fargo TR Advantage Muni Bd Fd Cl A on 7/13/10. On the date of exchange, Evergreen Munic Bond Fund Cl A reported on line 8 of 2009 FDR had an income of code B, from int/div, and a value of code K; and Evergreen Munic Bond Fund Cl A reported on line 23 of 2009 FDR had an income of code A, from int/div, and a value code of K.

*3 VanKampen US Mortgage Fund reported on line 26 of 2009 FDR had name change to AIM Growth Ser Investco VanKampen US Mort Fd. Cl A on 6/1/10.

*4 Effective Sept. 1, 2010, Putnam New Opportunities Fd Cl A shs mutual reported on line 38 changed its name to Putnam Multi-Cap Growth Fd Cl A (Mutual Fund). On Sept.27, 2010, Putnam Vista Fund Inc. (Mutual Fund) reported on line 28 merged into Putnam Multi-Cap Growth Fd Cl A (Mutual Fund) .

*5 On 9/24/10, Haven Trust Bamk was closed by Florida Office of Financial Regulation, FDIC was appointed as Receiver, and deposits were transferred to First Southern Bank.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Howell W. MELTON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544